**FILED**
**DECEMBER 13, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 7025**

**JUDGE HART**
**MAGISTRATE JUDGE MASON**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-03-029-51034 | CASE TYPE   I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|
| RECEIVED DATE<br>November 6, 2002 | PRIORITY DATE | APPLICANT   A798 116 112<br>AL KINANI, ALI H. |
| NOTICE DATE<br>November 7, 2002 | PAGE<br>1 of 1 | |

ALI H. AL KINANI
4342 N KIDVALE APT 2C
CHICAGO IL 60641

Notice Type: Receipt Notice

Amount received: $ 50.00

Section: Other basis for adjustment

The above application or petition has been received. It usually takes 420 to 450 days from receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number 402-323-7830 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit the INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 402-323-7830




EXHIBIT A