FILED
DECEMBER 13, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 1:07-cv-07025   Document 3   Filed 12/13/2007   Page 1 of 1

07 C 7025

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**JUDGE HART**
**MAGISTRATE JUDGE MASON**

In the Matter of                                                    Case Number:

Ali Al-Kinani v. Ruth A. Dorochoff, in her official capacity as
District Director of Citizenship and Immigration Services

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ali Al-Kinani, Plaintiff

**J. N.**

| | |
|---|---|
| NAME (Type or print) | |
| Khalil J. Khalil | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Khalil J. Khalil/ | |
| FIRM | |
| Kameli & Associates, P.C. | |
| STREET ADDRESS | |
| 111 E. Wacker Dr., Suite 555 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6281904 | (312) 233-1000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐