## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William T. Hart | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7025 | **DATE** | 5/8/2008 |
| **CASE TITLE** | Ali Al-Kinani vs. Ruth A. Dorochoff | | |

**DOCKET ENTRY TEXT**

Status hearing set for 5/14/2008 is stricken. This case is dismissed with prejudice and without costs as all matters in controversy have been settled.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|